694 A.2d 618

Anton H. BROCKELMAN, Jr., Appellee,

v.

Jacques HATTER, Hatter Coal Company, Inc., and Sherman Coal Company, Appellants.

Supreme Court of Pennsylvania.

Argued Sept. 17, 1996.

Decided June 19, 1997.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NIGRO, J., dissents.